FILED
CLERK, U.S. DISTRICT COURT
3/15/21
CENTRAL DISTRICT OF CALIFORNIA
BY: CS DEPUTY

Gilbert A Torres
FULL NAME

Lancaster State prison
COMMITTED NAME (if different)

Po Box 4670
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Lancaster Ca 93539

AP3210
PRISON NUMBER (if applicable)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Gilbert A Torres

PLAINTIFF,

v.

[illegible], Martinez sheriff
The unknown.
Sheriff Department

DEFENDANT(S).

CASE NUMBER CV21-2280-JLS(AGR)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)*

☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes ☐ No

2. If your answer to "1." is yes, how many? 1

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

exessive force : 530
use of force

a. Parties to this previous lawsuit:
Plaintiff Gilbert A Torres AP3210
Defendants California Department of Correction And Rehabilitation, A Jorrin et al
b. Court US District Court San Diego Southern District 333 west Broadway Suite 420
c. Docket or case number 320-CV-00891 AJB-BLM
d. Name of judge to whom case was assigned Hon. Anthony J. Battaglia
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) Still pending
f. Issues raised: Exessive force, use of force
g. Approximate date of filing lawsuit: 5/13/20
h. Approximate date of disposition Haven't done it.

**B. EXHAUSTION OF ADMINISTRATIVE REMEDIES**

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☒ No

If your answer is no, explain why not I'm not in The County Jail Anymore

3. Is the grievance procedure completed? ☐ Yes ☐ No

If your answer is no, explain why not

4. Please attach copies of papers related to the grievance procedure.

**C. JURISDICTION**

This complaint alleges that the civil rights of plaintiff Gilbert A Torres (print plaintiff's name)

who presently resides at PO Box 8457 Lancaster Ca 93539 (mailing address or place of confinement),

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at Los Angeles Sheriff County Jail And in Whittier (institution/city where violation occurred) And Pico Rivera Sheriff's

on (date or dates) 2012 June - August (Claim I), 4th 2016 - 2017 (Claim II), ________ (Claim III).

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant Los Angeles sHeriff Department (full name of first defendant) resides or works at 450 Bucattle ST Los Angeles Ca 90022 (full address of first defendant) gang Coordinator (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Badgering, Harassment, exposure, interfere ma with Court procedure, forcing me to be Something I dont want To be Discrimination

2. Defendant Martinez (full name of first defendant) resides or works at 450 Bucattle ST Los Angeles Ca 90022 (full address of first defendant) gang Coordinator (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Badgering, Harassment, Exposure, interfere with Court procedure Forcing me to be Something I dont want to be Discrimination

3. Defendant Los Angeles sHeriff Department unknown (full name of first defendant) resides or works at 450 Bucattle St Los Angeles, Ca 90022 (full address of first defendant) Deputy (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Badgering, Harassment, Exposure, interfere with Court procedure, Forcing me to be something I dont want to be Discrimination

4. Defendant SY resides or works at
(full name of first defendant)
450 ST Los Angeles Ca 90022
(full address of first defendant)
Deputy
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
Badgering, Harassment, Exposure, forceing me to be Something I dont want to be. Discrimination

5. Defendant Hailey resides or works at
(full name of first defendant)
450 ST Los Angeles Ca 90022
(full address of first defendant)
gang Coordinator
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
Badgering, Harassment, Exposure, interfere with Court procedure, Forceing me to be something I dont want To be. Discrimination

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

THE unKnow interfering wiTH Court procedures by saying I REFUSE To go to Mental HealTh CourT And when I had A Court order for A physic Evolution by telling THE Doctor to say I'm Fine because I make Things out of paper. ("Cruel And unusual punishment" DELiberately indifferent. my EighTh, Fourteeth, FIFTH And Thirdteen.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1) THE unknown Had refuse To Allowed me to go to Mental Health Court And interfere WITH my physic Evolution date unknow. (CDCR refuse to give me my Case VA144372 212.5(c)) I'm being Threat with A life Sentence if I sue. by C.DCR And Los Angeles sheriff's That CDCR claims. CDCR claim They will never give me That Transcript For ME To get out. I had an improper Sentence when I was Sentence To A Mental state Hospital at THe County Jail. when I WAS Trying to go To state NutHouse Like patton in Riverside. I'm being told IT Ain't Happening That They are Just Mess wiTH Me. CDCR employee tell ME THis.

2) Hailey He Had show people my letter That I was writing to my girlfriend Crystal Rodriguez

**If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

Go other page

in one week I was Arrested 3 Times or 4 times For Drugs Charges to see what I was Doing. because THE Los Angeles sHeriff Claim I work For Tham by Forceing me to be SomeThing I dont want Tu be. by exposeing me to people if I Help THEM. That's Endangering my Safty And well being wiTh pHysicall Harm because THey would tell people they Can get made by Killing me. They Had twisted up my word. in A letter to Crystal I stated to Her "I Heard Mugsy from wHiTTier 13 got Made but He got to Kill me." so THey Show people my letter THey Thought That's what I want when That's not True. O.S. I was doing That to ME. THey dont got power To Make Someone in The Mexican Mafia when I parole out of valley state prison in 2015 October 15 I belive After finishing A drug program I went back to my Family House. And who ever I was with They would get Their Snaaal And tell Them stuff about me. by badgering my name. The sHeriff Department Claim I need To pay Them Money to let me know who call The Cops on Me. yes I do Admit I cant find A Job because of what Type of Charge's I have on my record

Court Paper Printed on Recycled Paper



2) Hailey. He Had show people my letter That I was writing my girlfriend (That I call my wife) by saying I'm A sex offender when I Aint And telling people I need To give my stuff Away because I havent earn it by killing someone or working out. (They wont let me step down) He Had order (OSJ) Martinez To Come interview ME if I Knew one person which is A gang member That a gang I use To hang out with which is prawler from whittier 13 And I said yes. IT's Him. Hailey would send his OFFICER To go search my Cell when I went To Court At whittier Court House. That They would Harass me by not sending my personal mail out They would Tell people watch out he's An C.I (Confidentail informa) when I never got on The stand with no one at That Time frame. This was from The year of 2012 - untill I Left The County Jail in 5/17/2018 They say you can deal with him Just becareful we are watching him.

3) Martinez Had did An interview in between The Month of June-August in 2012 About prawler if I Knew him or if I Knew who would of Done This in The gang I hang out with. Claim (I'm a gang Drop-out)

4) Los Angeles sheriff station in Pico Rivera sheriff substation would Always pull me

because I wont give them A Case they want me to testify on Los Angeles sheriff. unknown Has build A website on Me call "werido gilbertlaw" "gilbert peep show" for The public To see whatever I Am doing in my own house by invading in on my privecy for my wearbout And what I Am doing. Some law saying IT dont Apply To ME which violate my Civil right. for example THE Enhacement The 5 yr prior And 1 yr prison prior CDCR And Los Angeles Claim iT dont Apply To ME.

5) THe unknown OFFICER names That had work in The twin tower while I was house on Floor 152, 142, 151, 162 Had refuse me to go to Court date I dont have They time due To their no Clock in The County Jail And CDCR refuse To give me my transcripts because not only The Sheriff And C.DCR is intentually Trying to give me A life Sentence because They are Claiming I got good CrediT. That's why They dont want To let me out. CDCR is Trying to Copy AnyThing I write up. Trying to say it's me. I Caught Them photoCopy A motion I was writing up. ON This same issue. I had an 1983 stolen from me on 2/18/21 And The Second time 2/26/21 by Two different officer

6) Sheriff Department Had Endangering my

Safty And well being for The whole sHeriff Department names are unknown AT pico Rivera station, in The los Angeles County Jail Central MEN Jail And twin tower's WERE I was House on The 5000 Floor Dorm. while I was fighting my Case VA144372 212.5(c) 20yrs at 80% but I belive That CDCR burn me for 2 yr Court Credits. They would tell inmate to stab me They would get made by Killing me. Since Then I'VE Had my life been Threaten to be Killed by All Kind's of inmate For The Cops I had testify for THE office of Rosen Bien, Galvan & Grunfeld LLP The lawyer name Is Micheal W BIEN but I work with Jack R Glieberman he's A paralegal he Kind of protects ME from being physically Harm from The use of force And exessive force by C.D.CR EMPLoyee's They had failure To protect me. I had To go To Sucidal watch by saying I want to harm myself These inmate had A Knife in Jail That They were going To Stab me while I was Asleep. They have Cause unnecessray Stress, EMotional stress. To ME I belive That They hired some people To Kill me by Carlos Guildo "Stranger from Rivera 13 And Snoopy from Hang out boys Last name

13 And snoopy from Hang out boys Last name of Sanchez The first name is unknow. They Claim They found A way To get rid of ME. WHy I have no I dea why They want me dead. I havent Done Anything to Them. CDCR wont Admit To what They wont give me (let it be noted) Los Angeles County Deputy Dont have Their first LETTer of Their name's on Their name Tags. The Los Angeles sheriff Department tells people I give Away free Things when I dont They Claim I hold A Tittle That I dont have no intention of being one They intentually tell people I use The "N" word towards The black Another race To Cause A Husstle Envornment for ME. on around June or July of 2013 I wrote up An statement That was taken To The Los Angeles sheriff I had Ask For Help because I got chase They had remove my father bone's And I want Them back They didnT have permission to move Them untill I had gotten out And I belive They were Just putting in Another County were They Claim I was going into wintness protective program. I was never inform Any of This AT All so I went back To Los Angeles County I was Told They were putting me up North some where. Since Then



my life has been Threaten And I had A few ATTempt of being Killed while I WAS AT RJD I was Assult Brutally by CDCR. because They sheriff Tells Them I'm An inform (C.I) And That Another Case I file upon too. NO ONE Has permission to Speak on My behalf or legation for Me. be Advise THat I have had my legal Documetion Stolen from by CDCR And inmate AT LAC They Claim They will steal Any money from Me. And CDCR % And inmate are planning To do SomeTHing to Me by sueing me for Me OR Trying To get Me A Criminal Charge. THey are Trying To Tell Me I need To Pay THem money. AT LAC on D facility because THey Claim They are Trying to get free Money from Me As THey say iT. And on my impror sentence I do want To go To Court if my Case does get over turn because CDCR Claim They will say I got Life on a 2 strike Robbery. They black inmate's Are try To force Me To do Things I Aint Comfortable Doing with Them at All. I say iT blackmail what They are doing To Me. That for The sHeriff To read it in The bracetts. THey do Copy Aint Thing I wrote up. I Aint doing no Crime with noone. I Aint send no one To do A Crime either.

on shuter while I House At Twin Tower During The Time I was fighting my Case in August of 2017 Throw February I Had ask OSJ For Help on A Case, but because of Him people Think I give Away my Things, because I got % And inmate Tell me what Do you give Away free. And I dont. The black inmate Tell me since I use The word Nigger or Niggah I need To either pay Them Money or let Them use my Creditline, or Sue Someone for me And give Them The Money. And I got All The other race's say To me That I should have to pay exstrom blackmail, Rent it's All The Same Thing to me. I've Had my legal paper stolen from me by The Mexican saying They will go To A lawyer saying it's me. I Also got His Name which I will provail later on. This is while I been house At LAC-SP. My legal mail, tell me I need To pay extron To An inmate And % since I been At LAC because of O.S.J Has built A file upon Me And Have put in This File To Discriminate, Retalite me, or do anything I say They will do to me. I've ever been Threat by saying I need to write a book For Them. I Have people pass by my cell tell me stuff by saying we are going

Harm you or your family which I will request An T.R.O. To be relocated out of state by The federal government because Los Angeles Sheriff will Rink out my wearbout And They wont Admit iT. They will send Their people on ME. back To what I WAS saying. They Allow people to invade in My privcey by using spy Device They Claim I'm The spy Device I never gave Them permission To put iT on ME. I dont own A pen. I Have No income to buy A pen And CDCR dont pass out pen unless your in Ad-seg. THE SHeriff And CDCR wants ME To speak nice about Them when I got Nothing NICE To say about Them when They cause All This is Happen ing to ME. I Also Know who put up The law That only protant To me only or The law iT dont Apply to ME AT All. I been Threat by Custody Staff at LAC which They go off The file And They tell inmates To do The Same Thing to me. That They All will Jump on me for They Can get paid by Killing me. They Think I'm Afraid to fight Them when Thats not The Case. I Just dont want To be killed because c/o AT LAC say since I hold A TiTle I dont want And They wont LET

ME STEP DOWN from They Claim I need to DIE IN Honor I Say Thats A Crime by Killing ME. I AM 50% Native American (I AN NavaJo INdian) I Had My father Bone move somewhere were to they wont give me back my father bone (RIP) when I WAS Helping Them And now I AinT. because of All THIS They intentually Harass ME everyday, including inmate because They do The police favor. since I Am on A S.N.Y for They Can get extra Stuff. I Had my personal belong Stolen from ME when I AinT in my Cell. inter Alia

Court Paper Printed on Recycled Paper

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

I belive That I Am Entittle to punitive damages. And Compensatory damages Has cause me To go Throu unnecessary Stress And emontional stress. Any what ever stress Their is. And normal Damages Mental suffering I Had got beat up by RSD while I was in Custody on This Case. injunctive relief; Declaratory relief

(Date)

(Signature of Plaintiff)

  Gilbert A Torres
FULL NAME

COMMITTED NAME (if different)

Po Box 4670 LanCaster Ca 93539
FULL ADDRESS INCLUDING NAME OF INSTITUTION
LanCaster State Prison

AP3210
PRISON NUMBER (if applicable)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Gilbert A Torres

PLAINTIFF,

v.

Hailey oy Martinez SHafer
Sheriff Department

DEFENDANT(S).

CASE NUMBER

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)*

☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

**A. PREVIOUS LAWSUITS**

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes ☐ No

2. If your answer to "1." is yes, how many? 1

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

530 ExessiveForce, use of Force

a. Parties to this previous lawsuit:
Plaintiff Gilbert A Torres

Defendants California Department of Correction And Rehabilitation A Jorrin ET AL

b. Court US District Court 333 West Broadway Suite 420 San Diego CA 92101

c. Docket or case number 3:20 cv 00891 AJB BLM

d. Name of judge to whom case was assigned Anthony J. B

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) pending

f. Issues raised: 530 use of force And Exessive force

g. Approximate date of filing lawsuit: 5/13/20

h. Approximate date of disposition N/A

**B. EXHAUSTION OF ADMINISTRATIVE REMEDIES**

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☒ No

   If your answer is no, explain why not I'm not in The County Jail Any more. I dont have Access To Their Appeal

3. Is the grievance procedure completed? ☐ Yes ☒ No

   If your answer is no, explain why not I dont have Access To Their Appeal procedure.

4. Please attach copies of papers related to the grievance procedure.

**C. JURISDICTION**

This complaint alleges that the civil rights of plaintiff Gilbert A Torres
(print plaintiff's name)

who presently resides at PO Box 9457 Lancaster Ca 93539,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at Los Angeles County Jail. And AT Pico Rivera station Area
(institution/city where violation occurred)

on (date or dates) June-July 2012-17 (Claim I), ____ (Claim II), ____ (Claim III).

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant LOS Angeles sHeriff. Depart met resides or works at
(full name of first defendant)
450 BucaHett st Los Angeles Ca 90022
(full address of first defendant)
Gang Coordinator
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Badgering, Harassment, Exposure, interfere with Court proceding, Forceing me to be something I dont want to be

2. Defendant Unknown Depuy resides or works at
(full name of first defendant)
450 BucaHett st Los Angeles Ca 90022
(full address of first defendant)
gang Coordinator
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Badgering, Harassment, exposure, interfere with Court proceding Forceing me to be something I dont want to be

3. Defendant Martinez resides or works at
(full name of first defendant)
450 BucaHett st Los Angeles Ca 90022
(full address of first defendant)
Gang Coordinator
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
badgering, Harassment, exposure, interfere with Court proceding, forceing me to be something I dont want to be

4. Defendant Hailey resides or works at
(full name of first defendant)
450 Bucallett ST Los Angeles Ca 90022
(full address of first defendant)
Gang Coordinator
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Badgering, Harassment, exposure, interfere with Court proceding, Forceing me to be somethng I dont want to be

5. Defendant Sy resides or works at
(full name of first defendant)
450 Bucallett ST Los Angeles Ca 90022
(full address of first defendant)
Deputy
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Badgering, HarassMENT, exposure ~~interfere with Court proceding~~, Forcing me to be something I dont want to be

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

Eigth, Fifth, Thirdteenth, Fourteenth were violate

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1) The unknown Had refuse To Allow me To go To Mental Health Court And interfere with A physic evalution date unknow / due To CDCR refuse To give me The Transcript They Claim The order will be remove. on Case VA144372 242.5.(c) sentence Date of 4/13/2018 my arrest date 3/23/2017. I being Threat with A Life Sentence if I Sue by C.D.C.R And Los Angeles Sheriffs. Department That C.D.C.R Claims They will never give me The Trancripts For ME To get out. I had an improper sentence when I got Sentence A Mental State Hospital at the County Jail. when I was Trying to go To State nut House Like patten in Riverside I'm being Told IT Aint Happening They are Just Mess with the CDCR employee Tell ME THIS

**If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

in one week I was Arrested 3 or 4 Times for Drugs Charges To see what I was Doing because The Los Angeles sheriff Claim I work for Them. by forcing me to be Something I dont want To be by exposing me to people if I help Them. They will Tell people I Told on Him That endangering my Saftey And well being with Physical Harm because They Twisted up my words by telling people They Can get made by Killing me in a letter To Crystal I Stated To Her ("I Heard Mugsy from Whittier 13 got Made but He got To Have me Killed") They Show people my letter's They Thought Thats what I want when Thats A Lie NOT True OSS was doing That To me They dont got The power to Make someone in The Mexican Mafia, when I parole out of valley state prison in Oct 15, 2005 After finishing my drug program I had went back To my family House whoever I was with They would either text Them by getting Their Singal or Yell Them when I walk away by badgering my name The sheriff Department Claim I need to pay Them Money To let me Know who calling The Cops on ME. yes I do Admit I Cant find work because what Type of Charge I have on my record Pico Rivera Station Has intentionally Arrest My Aunt Lorraine Torres



(That I called my wife) by saying I'm A sex offender when I Aint And telling people I need To give my stuff away because I havent earn it by Killing someone or working out. He order Martinez (OSJ) To Come interview Me if I Knew one person which is A gang member That A gang I use To Hang with. which is prawler from whittier 13 And I said yes IT'S Him. Hailey would send His officer To scerch my Cell when I went To Court At Whittier Court House. That They would Harass Me by not sending out My personal Mail. They would tell people watch out he's An C.I (Confidentail inform) when I never got on The stand with no one at That time frame. That They would Say you Can deal with Him. Just be careful we are watching Him.

3) Martinez He Had did An interview with Me in The between of June - August in 2012 About prawler. if I Knew Him or if I Knew who would do This in my gang I use To Claim (I'm A gang Drop-out)

4) Los Angeles sheriff Department would Harass Me when I was out on The street in pico Rivera sheriff Station by Always pulling me over on My bike And I would get tickets for 11550 And A Having Drugs on Me. when I was

pico Rivera station Has intentually arrest My Aunt lorraine Torres because I wont give Them A Case They want me To Testify on. Has went over to my grandma Charlotte Torres which my uncle Alex torres own They had build A website And laws on Me. The website "werdo gilbert Law. or "gilbert peep show" They put IT for The public To see my workout And what I Am doing. Some law saying IT dont Apply To me. Which violates my Civil Rights.

5) THE unknown officer's name That Had work in Twin Tower's on floor 152, 142, 151 or 162 Had refuse me to go to Court time was I didnT have Acess To A Clock And Date C.DCR refuse to give me my Transcript. because not only The sheriff And CDCR is intentually trying to get me a life sentence. because They are using my name They Claim I got good Credit. CDCR is Try To Copy Anything I write up. Trying to Say it me doing it. I do write up 1983 They had stolen from Me. Twice on This same issue since I been at LAC-SP. THE first Time on 2/18/21 The second time 2/26/21 both on 3/10

6) Has endanger my safty And well being For THE whole sheriff department offic[illegible]

Court Paper Printed on Recycled Paper

names are unknow at Pico Rivera station in los Angeles County Jail too Central Men Jail And twin tower's were I was Housed on THE 5000 Floor Module 5800 or 5900 Dorm while I was fighting my Case For 212.5(c) VA144372 I Had Took A 20 yr sentence at 80% but CDCR Had burn me for 2 yr of Credit by telling inmate's to stab me. They would be Made by Killing Me. Since then I've Had my Life been Threat to be Kill by all Kind of inmates For Cops. I had Testify for THE office of Rosen Bien, Galvan & Grunfeld LLP I had work with A paralegal "Jack R Glieberman" That works under Micheal w Bien The Lawyer were THey Kind of protects ME From being physically Harm. from The use of Force And Exessive Force. by C.DCR Employee's. THey Had failure to protect ME. I had to go scudical watch (by saying I want To harm myself) THese inmate had Knife in Jail That They were go to stab me while I was asleep. THey have Cause unnecessary stress. And Emortional stress To me. I belive That THey Hired Some people To Kill me by Telling Carlos Guildo "Stranger From Rivera

Court Paper Printed on Recycled Paper



Is Sanchez The first name is unknown They Claim They found away To get rid of me why I have no Idea why They want me dead I havent done AnyThing to Them. CDCR wont Admit To what They wont give to me (let IT be noted) Los Angeles County Deputy Dont Have Their first Letter of Their names on Their name tags The Los Angeles Sheriff Department Tells people I give Away free Things. which I dont. They Claim I hold A Tittle That I dont have no intenten on being one They intentually tell people I use A "N" word by calling Another RACE out of Their name to Cause A Husstle envornment for Me.

on around June or July of 2013 I wrote up An Statement That was tooken to The Los Angeles Sheriff. I had Ask for Help because I got Chase. They had remove my father bones And I want Them back. They didnt have permission to move Them untill I had gotten out. And I belive They were Just putting in Another County were They Claim I was going into wintness protective Program. I was never inform This At All. So I went back To Los Angeles County, I was told They were putting me up North somewhere. Since Then I had

my life has been Threaten And I had A few ATTempt of being Killed while I WAS AT RJD I was brutally Assulted by CDCR because They SHeriff TellsThem I'm An inform (C.I) And That was Another Case I file upon Too. [NO ONE Has permission To speak on my behalf or legation for Me be Advise THat I have had my legal Documention Stolen from me by CDCR And inmates AT LAC THey Claim they will Steal Any money From me And CDCR % And inmate are planning To do Something to me by sueing me or Trying To get me A Criminal Charge. They are Trying To TEll me I need To pay Them money AT LAC D facility because The Claim They are Trying to get free money As They Say IT. And on my improper Sentence I do want To go To Court if my Case does get over Turn because CDCR Claim They will say I got Life when I'm 2 Strike for Robbery The blacks inmates are trying to force ME To do Things I Aint Comfortable wiTh AT All I Say IT blackmail what They are doing to me That for The sHeriff To Read] in The bracetts They Copy Aint Thing I wrote up I Aint doing no Crime with no one or I Aint Sending no one To do any Crime

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

I belive That I Am Entittle To punitive Damages And Compensatory damage's Has Cause me To go Throw unnecessary Stress Emontional Stress Any whatever Stress Their is And Normal Damages Mental suffering I had got beat by BPD while I was in The Custody on This Case inJuntive relief Declaratory relief

(Date)

(Signature of Plaintiff)